THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN NASTA, Appellant, *v.* ROBERT BARR, Respondent.

(Argued September 29, 1930; decided October 14, 1930.)

*David Goldstein* and *Thomas G. Frost* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.